TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Quality Loan Service Corp., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, et al., <br><br> Defendants. | Case No. CV 2:21-cv-05842 <br><br> Notice of removal of civil action under 28 U.S.C. § 1444 (suit brought under 28 U.S.C. § 2410) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The United States of America removes to this Court the action described below:

1. This interpleader action is pending in the Superior Court for the County of Santa Barbara, entitled *In re 2751 Hauser Blvd., Los Angeles, CA 90016*, case number 21STCP00971.

2. The petition was filed on March 26, 2021.  Attached as **Exhibit 1** is a copy of the petition.

3. The United States claims an interest in the proceeds based on the notice of federal tax lien filed against Edna Kuffour for her income tax liabilities for tax years 2009, 2010, and 2011. The property at issue was held by Gyapomaa Kosei Inc., which is the nominee or alter ego of Edna Kuffour.

4. This case may be removed to the United States District Court by the United States of America under 28 U.S.C. § 1444, which provides that the United States may remove any action brought against it under 28 U.S.C. § 2410, including an action in interpleader, or in the nature of an interpleader under 28 U.S.C. § 2410(a)(5).  Actions under Cal. Civ. Code 2924j are interpleader actions for purposes of 28 U.S.C. § 2410. *Quality Loan Service Corp. v. 24702 Pallas Way, Mission Viejo, California 92691*, 635 F.3d 1128, 1131-32 (9th Cir. 2011).  The United States has an unqualified right to remove actions brought against it under 28 U.S.C. § 2410. *See, e.g., Hussain v. Boston Old Colony Ins. Co.*, 311 F.3d 623, 629 (5th Cir. 2000); *Hood v. United States*, 256 F.2d 522, 525-26 (9th Cir. 1958).

5. The United States may remove an action to District Court within 30 days after the receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim. 28 U.S.C. § 1446(b)(1).

6. The United States was not served with a copy of the petition as required by 28 U.S.C. § 2410(b) and therefore the 30-day period within which to remove the action has not started to run and the notice is timely.

7. Based on the foregoing, the removal of this action by the United States is proper under 28 U.S.C. § 1444.

        Respectfully submitted,

        TRACY L. WILKISON
        Acting United States Attorney
        THOMAS D. COKER
        Assistant United States Attorney
        Chief, Tax Division

Dated: July 20, 2021   /s/
        GAVIN L. GREENE
        Assistant United States Attorney
        Attorneys for the United States of America


# PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **July 20, 2021**, I served **Notice of removal of civil action under 28 U.S.C. § 1444 (suit brought under 28 U.S.C. § 2410) with Exhibit 1; and Civil Cover Sheet** on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

*Quality Loan Service Corp.*
**McCarthy & Holthus, LLP**
**Melissa Robbins Coutts, Esq. SBN 246723**
**Matthew E. Podmenik, Esq. SBN 219364**
**2763 Camino Del Rio S, Suite 100**
**San Diego, CA 92108**

*Josephine Hardwell*
**Raffy Boulgourjian**
**Law Offices of Raffy Boulgourjian**
**100 N. Brand Blvd., Suite 200**
**Glendale, CA 91203**

*Franchise Tax Board*
**Franchise Tax Board**
**Attn: Michele Thompson**
**P.O. Box 1720, MS: A-260**
**Rancho Cordova, CA 95741-1720**

*Estate of Edna Kuffour*
**Comstock & Sharpe, Inc.**
**Attn: Richard Sharpe, Esq.**
**11100 Washington Blvd.**
**Culver City, CA 90232-3988**

*City of Los Angeles*
**City of Los Angeles**
**Department of Building and Safety Financial Services Division**
**201 N. Figueroa St., 9th Floor**
**Los Angeles, CA 90012**

*Gyapomaa Kosei, Inc.*
**Richard W. Sharpe**
**11100 Washington Blvd.**
**Culver City, CA 90232**

Date of mailing **July 20, 2021.**     Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 20, 2021** Los Angeles, California.

                              _____/s/_____
                              Maria Luisa Q. Parcon