# Exhibit 1

Electronically FILED by Superior Court of California, County of Los Angeles on 03/26/2021 02:25 PM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Alvarez,Deputy Clerk

Case 2:21-cv-05842-DSF-MAA   Document 1-1   Filed 07/20/21   Page 2 of 48   Page ID #:7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address) | FOR COURT USE ONLY

McCarthy & Holthus, LLP
Melissa Robbins Coutts, Esq. SBN 246723
Matthew E. Podmenik, Esq. SBN 219364
2763 Camino Del Rio S, Suite 100
San Diego, CA  92108

TELEPHONE NUMBER.  619-243-3929          FAX NO. (Optional): 619-717-8875
E-MAIL ADDRESS (Optional): mpodmenik@mccarthyholthus.com
ATTORNEY FOR (Optional): Quality Loan Service Corp.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS:   111 North Hill Street
MAILING ADDRESS:   111 North Hill Street
CITY AND ZIP CODE:   Los Angeles, 90012
BRANCH NAME:   Stanley Mosk Courthouse

**IN RE (ADDRESS OF REAL PROPERTY):**
**2751 HAUSER BOULEVARD, LOS ANGELES, CA 90016**

---

**PETITION AND DECLARATION REGARDING UNRESOLVED
CLAIMS AND DEPOSIT OF UNDISTRIBUTED
SURPLUS PROCEEDS OF TRUSTEE'S SALE**

---

**Jurisdiction (check all that apply):**                          | CASE NUMBER

☐ **ACTION IS A LIMITED CIVIL CASE**
Amount Deposited       ☐ **does not exceed $10,000**
                              ☐ **exceeds $10,000, but does not exceeds $25,000**
☒ **ACTION IS A UNLIMITED CIVIL CASE (exceeds $25,000)**          | **21STCP00971**

---

1. Petitioner (name):  Quality Loan Service Corp. is the trustee under the Deed of Trust described in items 2 and 3 below.

**The Deed of Trust**
2. The Deed of Trust encumbered the real property commonly known as (describe):
   **2751 HAUSER BOULEVARD, LOS ANGELES, CA 90016**

   (The "property") and legally described as ☐ in Attachment 2   ☒ as follows:

(Please see Exhibit "A" of the Trustee Sale Guarantee, attached hereto as Attachment 5)

3. The Deed of Trust was

   a.   Executed by (name):  EDNA KUFFOUR as trustor.

   b.   Executed on (date):  4/16/2007

   c.   Recorded:

      (1)   Date:   4/20/2007

      (2)   County:  LOS ANGELES

      (3)   Instrument number: 20070953292

---

Form Adopted for Mandatory Use
Judicial Council of California
MC-095 [New. January 1, 2004]

**PETITION AND DECLARATION REGARDING
UNRESOLVED CLAIMS AND DEPOSIT OF UNDISTRIBUTED
SURPLUS PROCEEDS OF TRUSTEE'S SALE**

Civil Code §2924j

| | |
|---|---|
| IN RE:  2751 HAUSER BOULEVARD, LOS ANGELES, CA 90016<br>File No. CA-20-887560-SF | CASE NUMBER: |

**The Trustee's Sale, Surplus Proceeds, and Notice of potential Claimants**

4.  The property was the subject of a trustee's sale that was held on *(date)*: 11/3/2020

5.  A trustee's sale guarantee was prepared for the trustee's sale. *(A copy of the trustee's sale guarantee must be attached as Attachment 5.)*

6.  The total sale price of the property was:  $392,000.00

7.  After payment of the amount required by Civil Code section 2924k(a)(1)-(2), there were surplus proceeds from the trustee's sale available to potential claimants in the total amount of:  $176,288.62

8.  Within 30 days after the trustee's sale, the trustee sent written notice under Civil Code section 2924j(a) to all persons with a recorded interest in the real property as the date immediately prior to the trustee's sale who would be entitled to notice.  The names and addresses of all persons sent notice under Civil Code section 2924j(a) are as follows:

☒   Continued on Attachment 8

**The Claims**

9.  The trustee has received a total of *(specify number)*: two (2) written claims from potential claimants.

10. The trustee has exercised due diligence to determine the property of the written claims received by the trustee to the trustee's sale surplus proceeds from the persons identified in item 8 to whom notice was sent.

11. The trustee submits this declaration under Civil Code section 2924j(c) for the following reason:

    a.  ☐   After due diligence, the trustee is unable to determine the priority of the written claims received by the trustee to the trustee's sale surplus proceeds.  *(If this reason applies, describe the problem of determining properties in Attachment 11a.)*

    b.  ☒   The trustee has determined that there is a conflict between potential claimants to the surplus proceeds.  *(If this reason applies, identify the claimants and describe conflict in Attachment 11b.)*

12. The trustee provides the following additional information relevant to the identity, location, priority of potential claimants, and the conflict of claims:

    **(Please see Attachment 11B)**

**Notice of Intent to Deposit Funds and Proof of Service**

13. The trustee has provide written notice to all persons with a recorded interested in the property who would be entitled to notice under Civil Code section 2924b(b)-(c).  The notice included the following information:

    a.   The trustee intends to deposit funds from the trustee's sale with the clerk of the court.

    b.   A claim for funds must be filed with the court within 30days from the date of notice.

    c.   The address of the court in which the funds are to be deposited and telephone number for obtaining further information.

    *(Proof of Service of the notice on **all** persons entitled to notice under Civil Code section 2924j(d) must be attached to this declaration as Attachment 13.)*

| IN RE: 2751 HAUSER BOULEVARD, LOS ANGELES, CA 90016<br>File No. CA-20-887560-SF | CASE NUMBER |
|---|---|

Deposit

14. **Distributions**
The trustee has distributed the total amount of: $0.00 to the following claimants based on their written claims:

| Name of claimant | Amount |
|---|---|
| | |

☐ Continued on Attachment 14.

15. **Trustee's Fee and Expenses**
The trustee has incurred reasonable fees and expenses totaling: $2,655.77. These fees and expenses are recoverable under Code of Civil Procedure section 2924k(a)(1) and (b) and are described ☐ in Attachment 15

☒ as follows *(specify)*:

Provide notice of surplus funds to all potential claimants, receive and review claims from potential claimants, determine order of priority of claims received, obtain and/or request all necessary supportive documentation, draft and send second notice of surplus funds, if necessary, to all potential claimants, correspondence with claimants, draft notice of intent to disburse if the Trustee intends to disburse, provide breakdown of costs to claimants, receive and review written disputes from claimants, draft all necessary documentation to deposit surplus funds with the court including cover sheets and attachments, attend any necessary hearings, draft any necessary pleadings associated with depositing funds with the court, and process surplus deposit checks.

16. **Deposit**
The amount to be deposited is calculated as follows:

| | | |
|---|---|---|
| a. | Trustee's sale proceeds | $ 392,000.00 |
| b. | Debt to foreclosing creditor | $ 215,711.38 |
| c. | Available surplus proceeds *(a minus b)* | $ 176,288.62 |
| d. | Claims paid by the trustee *(from item 14)* | $ 0.00 |
| e. | Trustee's fee and expenses *(from item15)* | $ 2,655.77 |
| f. | Remaining surplus proceeds *(c minus (d plus e))* | $ 173,632.85 |
| g. | Filing Fee | $ 435.00 |
| h. | Deposit *(f minus g)* | $ 173,197.85 |

*(if the trustee is represented by an attorney, the attorney's signature follows):*

Date:   3-23-21

Matthew E. Podmenik, Esq.
(TYPE OR PRINT NAME)                    ▶ _____
                                          (SIGNATURE OF ATTORNEY)

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Date: 3/24/2021

Bounlet Louvan
(TYPE OR PRINT NAME)                    ▶ _____
                                          (SIGNATURE OF TRUSTEE)

MC-095 [New  January 1, 2004]          **PETITION AND DECLARATION REGARDING**          Page 3 of 3
                          **UNRESOLVED CLAIMS AND DEPOSIT OF UNDISTRIBUTED**
                                **SURPLUS PROCEEDS OF TRUSTEE'S SALE**

# ATTACHMENT 5

## COPY OF THE TRUSTEE'S SALE GUARANTEE

**SERVICELINK TITLE COMPANY**
3220 EL CAMINO REAL, IRVINE, CA 92602
(714) 247-7000 • (800) 323-0165

**TRUSTEE'S SALE GUARANTEE**

**SCHEDULE A**

| | |
|---|---|
| REF NO.: | **CA-20-877703-SH** |
| ORDER NO.: | **200012044** |
| PREMIUM: | **$480.00** |
| LIABILITY: | **$196,999.99** |
| DATED: | **JANUARY 30, 2020 @ 8:00 A.M.** |

1.   **NAME(S) OF ASSURED:**

**TRUSTEE:**   QUALITY LOAN SERVICE CORPORATION

**BENEFICIARY:**   WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2

2.   **THE ESTATE OR INTEREST IN THE LAND HEREINAFTER DESCRIBED, OR REFERRED TO, AND COVERED BY THIS GUARANTEE IS:**

A FEE

3.   **TITLE TO THE ESTATE OR INTEREST AT THE DATE HEREOF IS VESTED IN:**

GYAPOMAA KOSEI INCORPORATED, A CALIFORNIA CORPORATION, AS PROVIDED BY INSTRUMENT RECORDED JUNE 12, 2009, AS INSTRUMENT NO. 20090888100, OF OFFICIAL RECORDS

4.   **THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:**

SEE EXHIBIT "A"

ORDER NO: 200012044

## EXHIBIT A

## LEGAL DESCRIPTION

**REF. NO. CA-20-877703-SH**

THE NORTHERLY 40 FEET OF LOT 276 OF DU RAY PLACE, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 21 PAGES 50 AND 51 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ORDER NO: 200012044

## SCHEDULE B (CONTINUED)
## EXCEPTIONS

1.      PROPERTY TAXES, WHICH ARE A LIEN NOT YET DUE AND PAYABLE, INCLUDING ANY ASSESSMENTS COLLECTED WITH TAXES TO BE LEVIED FOR THE FISCAL YEAR 2020-2021.

2.      PROPERTY TAXES, INCLUDING ANY PERSONAL PROPERTY TAXES AND ANY ASSESSMENTS COLLECTED WITH TAXES, FOR THE FISCAL YEAR 2019-2020 ASSESSOR'S PARCEL NUMBER 5048-023-001.

| | | |
|---|---|---|
| TOTAL AMOUNT | : | $2,202.25 |
| 1ST INSTALLMENT | : | $1,101.13 (PAID) |
| 2ND INSTALLMENT | : | $1,101.12 (OPEN) |
| 1ST PENALTY | : | $0.00 |
| 2ND PENALTY/COSTS | : | $0.00 |
| LAND | : | $131,483.00 |
| IMPROVEMENT | : | $46,172.00 |
| CODE AREA | : | 0067 |
| EXEMPTION | : | (NOT SET OUT) |

3.      THE LIEN OF SUPPLEMENTAL TAXES, IF ANY, ASSESSED PURSUANT TO THE PROVISIONS OF CHAPTER 3.5 (COMMENCING WITH SECTION 75) OF THE REVENUE AND TAXATION CODE OF THE STATE OF CALIFORNIA.

4.      LIENS, ENCUMBRANCES, AND ANY OTHER MATTERS RECORDED OR FILED PRIOR TO THE LIEN OF THE FORECLOSING DEED OF TRUST NOT OTHERWISE SUBORDINATE, EXCEPT FOR MORTGAGES, DEEDS OF TRUST, GOVERNMENTAL LIENS, TAX LIENS, JUDGMENT LIENS, HOMEOWNERS' ASSESSMENT LIENS AND NOTICES OF ACTION.

5.      A DEED OF TRUST TO SECURE AN INDEBTEDNESS IN THE AMOUNT SHOWN BELOW, AND ANY OTHER OBLIGATIONS SECURED THEREBY

| | | |
|---|---|---|
| AMOUNT | : | $360,000.00 |
| DATED | : | APRIL 16, 2007 |
| TRUSTOR | : | EDNA KUFFOUR, A SINGLE WOMAN |
| TRUSTEE | : | LANDSAFE TITLE OF CALIFORNIA |
| BENEFICIARY | : | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A SEPARATE CORPORATION THAT IS ACTING SOLELY AS A NOMINEE FOR LENDER AND LENDER'S SUCCESSORS AND ASSIGNS |
| LENDER | : | FIRST NATIONAL BANK OF ARIZONA |
| RECORDED | : | APRIL 20, 2007, AS INSTRUMENT NO. 20070953292, OF OFFICIAL RECORDS |

ORDER NO: 200012044

THE BENEFICIAL INTEREST UNDER SAID DEED OF TRUST HAS BEEN ASSIGNED OF RECORD:

| | | |
|---|---|---|
| ASSIGNOR | : | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FIRST NATIONAL BANK OF ARIZONA, ITS SUCCESSORS AND ASSIGNS |
| ASSIGNEE | : | FNBN I, LLC |
| DATED | : | MARCH 29, 2017 |
| RECORDED | : | APRIL 6, 2017, AS INSTRUMENT NO. 20170378381, OF OFFICIAL RECORDS |

THE BENEFICIAL INTEREST UNDER SAID DEED OF TRUST HAS BEEN ASSIGNED OF RECORD:

| | | |
|---|---|---|
| ASSIGNOR | : | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FIRST NATIONAL BANK OF ARIZONA, ITS SUCCESSORS AND ASSIGNS |
| ASSIGNEE | : | FNBN I, LLC |
| DATED | : | OCTOBER 25, 2017 |
| RECORDED | : | DECEMBER 4, 2017, AS INSTRUMENT NO. 20171394030, OF OFFICIAL RECORDS |

THE BENEFICIAL INTEREST UNDER SAID DEED OF TRUST HAS BEEN ASSIGNED OF RECORD:

| | | |
|---|---|---|
| ASSIGNOR | : | FNBN I, LLC, BY: PENNYMAC LOAN SERVICES, LLC, ITS ATTORNEY-IN-FACT |
| ASSIGNEE | : | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS TRUSTEE OF MFRA TRUST 2014-2 |
| DATED | : | NOVEMBER 1, 2017 |
| RECORDED | : | DECEMBER 4, 2017, AS INSTRUMENT NO. 20171394031, OF OFFICIAL RECORDS |

AN AGREEMENT TO MODIFY THE TERMS AND PROVISIONS OF SAID DEED OF TRUST AS THEREIN PROVIDED

| | | |
|---|---|---|
| EXECUTED BY | : | EDNA KUFFOUR, FAY SERVICING LLC AS ATTORNEY IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 |
| RECORDED | : | JULY 8, 2019, AS INSTRUMENT NO. 20190655365, OF OFFICIAL RECORDS |

ORDER NO: 200012044

A SUBSTITUTION OF TRUSTEE UNDER SAID DEED OF TRUST WHICH NAMES AS THE SUBSTITUTED TRUSTEE, THE FOLLOWING

| | | |
|---|---|---|
| TRUSTEE | : | QUALITY LOAN SERVICE CORPORATION |
| EXECUTED BY | : | FAY SERVICING LLC, ATTORNEY IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 |
| RECORDED | : | JANUARY 27, 2020, AS INSTRUMENT NO. 20200100059, OF OFFICIAL RECORDS |

A NOTICE OF DEFAULT UNDER THE TERMS OF SAID DEED OF TRUST

| | | |
|---|---|---|
| RECORDED | : | FEBRUARY 7, 2020, AS INSTRUMENT NO. 20200158753, OF OFFICIAL RECORDS |

6.    A JUDGMENT, FOR THE AMOUNT SHOWN BELOW, AND ANY OTHER AMOUNT DUE:

| | | |
|---|---|---|
| AMOUNT | : | $7,626.00 |
| DEBTOR | : | GYAPOMAA KOSEI INCORPORATED |
| CREDITOR | : | JOSEPHINE HARDWELL |
| DATE ENTERED | : | NOVEMBER 4, 2008 |
| COUNTY | : | LOS ANGELES |
| COURT | : | SUPERIOR |
| CASE NO. | : | LAM 09M11212 |
| RECORDED | : | APRIL 7, 2010, AS INSTRUMENT NO. 20100474040, OF OFFICIAL RECORDS |

7.    A TAX LIEN FOR THE AMOUNT SHOWN AND ANY OTHER AMOUNTS DUE, IN FAVOR OF THE STATE OF CALIFORNIA.

| | | |
|---|---|---|
| AMOUNT | : | $46,863.02 |
| FILED BY | : | FRANCHISE TAX BOARD |
| TAXPAYER | : | EDNA KUFFOUR |
| CERTIFICATE NO. | : | 12061150512 |
| RECORDED | : | MARCH 2, 2012, AS INSTRUMENT NO. 20120333732, OF OFFICIAL RECORDS |

8.    A TAX LIEN FOR THE AMOUNT SHOWN AND ANY OTHER AMOUNTS DUE, IN FAVOR OF THE UNITED STATES OF AMERICA, ASSESSED BY THE DISTRICT DIRECTOR OF INTERNAL REVENUE.

| | | |
|---|---|---|
| FEDERAL SERIAL NO. | : | 114479514 |
| TAXPAYER | : | EDNA KUFFOUR |
| AMOUNT | : | $351,317.95 |
| RECORDED | : | AUGUST 26, 2014, AS INSTRUMENT NO. 20140893263, OF OFFICIAL RECORDS |

ORDER NO: 200012044

9.    A NOTICE OF LIEN FOR PUBLIC NUISANCE ABATEMENT COSTS PLUS ANY OTHER
      AMOUNTS OWING

      EXECUTED BY              :    CITY OF LOS ANGELES
      NAME OF OWNER            :    GYAPOMAA KOSEI INCORPORATED
      AMOUNT                   :    $3,453.60
      RECORDED                 :    SEPTEMBER 4, 2015, AS INSTRUMENT NO.
                                    20151101035, OF OFFICIAL RECORDS

      **NOTE: THE LIEN REFERENCED ABOVE, INCLUDING ANY ADDITIONAL PENALTIES OR
      INTEREST NOT DISCLOSED AT THE TIME OF RECORDING, MAINTAINS 'SUPER-
      PRIORITY' STATUS AND WILL NOT BE ELIMINATED BY NON-JUDICIAL
      FORECLOSURE OF THE DEED OF TRUST REFERENCED AS ITEM NO. 5 HEREIN.**

10.   A TAX LIEN FOR THE AMOUNT SHOWN AND ANY OTHER AMOUNTS DUE, IN FAVOR
      OF THE STATE OF CALIFORNIA.

      AMOUNT                   :    $20,513.71
      FILED BY                 :    FRANCHISE TAX BOARD
      TAXPAYER                 :    EDNA KUFFOUR
      CERTIFICATE NO.          :    15328334629
      RECORDED                 :    NOVEMBER 25, 2015, AS INSTRUMENT NO.
                                    20151480184, OF OFFICIAL RECORDS

11.   A TAX LIEN FOR THE AMOUNT SHOWN AND ANY OTHER AMOUNTS DUE, IN FAVOR
      OF THE STATE OF CALIFORNIA.

      AMOUNT                   :    $12,915.54
      FILED BY                 :    FRANCHISE TAX BOARD
      TAXPAYER                 :    EDNA KUFFOUR
      CERTIFICATE NO.          :    18345635884
      RECORDED                 :    DECEMBER 12, 2018, AS INSTRUMENT NO.
                                    20181256950, OF OFFICIAL RECORDS

12.   THE LATEST TAX ROLL INFORMATION OBTAINED FROM THE COUNTY TAX ASSESSOR
      SHOWS THE SITUS ADDRESS ON SAID LAND AS 2751 HAUSER BL LOS ANGELES, CA
      AND THE PARCEL NO./PROPERTY ID NO. AS 5048-023-001.

13.   ANY BANKRUPTCY PROCEEDING THAT IS NOT DISCLOSED BY THE ACTS THAT
      WOULD AFFORD NOTICE AS TO SAID LAND, PURSUANT TO TITLE 11 U.S.C. 549 (C) OF
      THE BANKRUPTCY REFORM ACT OF 1978, AS AMENDED.

**END OF EXCEPTIONS**

ORDER NO: 200012044

## INFORMATION FOR TRUSTEE

RELATIVE TO THE DEED OF TRUST SHOWN AS EXCEPTION NUMBER 5 IN SCHEDULE A:

1.      THE TRUSTEE MUST OBSERVE THE REQUIREMENTS OF SECTION 2924b OF THE CIVIL CODE AS TO THE 'NOTICES' TO BE SENT TO THE TRUSTOR(S). IF ADDRESS(ES) OF THE TRUSTOR(S) ARE NOT SHOWN IN SAID DEED OF TRUST, OR IF NO NOTICE HAS BEEN REQUESTED BY THE TRUSTORS IN SAID DEED OF TRUST, THIS CODE SECTION STATES THE PROCEDURE TO BE FOLLOWED AS TO 'NOTICES' IN SUCH CASES. THE NAME(S) OF THE TRUSTOR(S) AND THE ADDRESS(ES), IF ANY, SHOWN IN SAID DEED OF TRUST ARE:

EDNA KUFFOUR
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016
(TRUSTOR)

2.      THE NAMES AND ADDRESSES OF PERSONS WHO HAVE RECORDED REQUESTS, AS PROVIDED BY SECTION 2924B (A) AND (D) OF THE CALIFORNIA CIVIL CODE, FOR A COPY OF NOTICE OF DEFAULT AND FOR A COPY OF NOTICE OF SALE ARE:

NONE

3.      THE NAMES AND ADDRESSES OF ADDITIONAL PERSONS WHO, AS PROVIDED BY SECTION 2924B (C) (1) AND (2) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF DEFAULT AND A COPY OF NOTICE OF SALE ARE:

GYAPOMAA KOSEI INCORPORATED
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016
(VESTEE)

GYAPOMAA KOSEI INCORPORATED
264 LA CEINEGA BLVD, STE 1415
BEVERLY HILLS, CA 90211
(VESTEE)

GYAPOMAA KOSEI INCORPORATED
2751 SOUTH HAUSER BOULEVARD
LOS ANGELES, CA 90016
(VESTEE)

4.      THE ADDRESSES OF THE INTERNAL REVENUE SERVICE WHICH, AS PROVIDED BY SECTION 2924B (C) (4) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF SALE ARE:

INTERNAL REVENUE SERVICE
300 N. LOS ANGELES ST., STOP 5021
LOS ANGELES, CA 90012
(REFERS TO ITEM(S) 8)

ORDER NO: 200012044

5.      THE NAMES AND ADDRESSES OF STATE TAXING AGENCIES WHICH, AS PROVIDED
        BY SECTION 2924B (C) (3) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO
        RECEIVE A COPY OF NOTICE OF SALE ARE:

        STATE OF CALIFORNIA
        FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION
        PO BOX 2952
        SACRAMENTO, CA 95812-2952
        (REFERS TO ITEM(S) 7, 10, 11)

6.      THE NAME(S) AND ADDRESS(ES) OF THE PERSON(S) DISCLOSED BY THE RECORDS
        EXAMINED, OTHER THAN THOSE TO WHOM 'NOTICE' IS REQUIRED BY SECTION
        2924b OF THE CIVIL CODE, WHO MIGHT BE INTERESTED IN RECEIVING A COPY OF
        ANY RECORDED 'NOTICE OF DEFAULT' OR A COPY OF ANY RECORDED 'NOTICE OF
        SALE' ARE:

        GYAPOMAA KOSEI INCORPORATED
        264 S LA CIENEGA BLVD
        BEVERLY HILLS, CA 90211
        (VESTEE)

        JOSEPHINE HARDWELL
        PO BOX 43475
        LOS ANGELES, CA 90043
        (REFERS TO ITEM(S) 6)

        CITY OF LOS ANGELES
        DEPARTMENT OF BUILDING AND SAFETY
        FINANCIAL SERVICES DIVISION
        201 N. FIGUEROA ST., 9TH FLOOR
        LOS ANGELES, CA 90012
        (REFERS TO ITEM(S) 9)

7.      THE NAME AND ADDRESS OF ANY ASSOCIATION AS DEFINED IN SECTION 1351(A) OF
        THE CALIFORNIA CIVIL CODE WHICH, AS PROVIDED BY SECTION 2924B (F) OF THE
        CALIFORNIA CIVIL CODE, IS ENTITLED TO RECEIVE A COPY OF ANY TRUSTEE'S
        DEED UPON SALE CONCERNING A SEPARATE INTEREST GOVERNED BY THE
        ASSOCIATION IS:

        NONE

8.      CITY IN WHICH SAID LAND IS LOCATED: LOS ANGELES

        IF NOT IN A CITY, JUDICIAL DISTRICT IN WHICH SAID LAND IS LOCATED:

9.      LEGAL PUBLICATION:

        DAILY COMMERCE (CA)

ORDER NO: 200012044

10.     ATTENTION IS CALLED TO CALIFORNIA CIVIL CODE SECTIONS 2920 THROUGH 2924L, INCLUSIVE, AND ANY AMENDMENTS THERETO, THAT GOVERN THE ACTIONS OF MORTGAGEES, BENEFICIARIES, MORTGAGE SERVICERS, TRUSTEES, AND THOSE OF THEIR AGENTS, (I) PRIOR TO INITIATION OF A PROCEEDING TO NON-JUDICIALLY FORECLOSE A DEED OF TRUST OR MORTGAGE BY POWER OF SALE, (II) DURING INITIATION AND PENDENCY OF SUCH A FORECLOSURE PROCEEDING, (III) WHEN CONDUCTING A FORECLOSURE AUCTION AND SALE, AND (IV) WHEN CAUSING ISSUE OF A TRUSTEE'S DEED OR OTHERWISE DISCHARGING POST SALE ACTIVITIES.

11.     ATTENTION IS CALLED TO THE SERVICEMEMBERS CIVIL RELIEF ACT (APPENDIX 50 USC 501 ET SEQ.), THE MILITARY RESERVIST RELIEF ACT OF 1991 (CALIFORNIA MILITARY AND VETERANS CODE 800 ET SEQ.), AND MILITARY AND VETERANS CODE 408, AND ANY AMENDMENTS TO ANY OF THE FOREGOING STATUTES, THAT CONTAIN RESTRICTIONS AGAINST THE SALE OF LAND UNDER A DEED OF TRUST OR MORTGAGE IF THE OWNER IS ENTITLED TO THE BENEFITS OF THOSE LAWS

12.     ATTENTION IS CALLED TO THE FEDERAL TAX LIEN ACT OF 1966 (PUBLIC LAW 89-719, 26 USC SECTIONS 6321 ET SEQ.) AND ANY AMENDMENTS THERETO, WHICH, AMONG OTHER THINGS, PROVIDES FOR THE GIVING OF WRITTEN NOTICE OF SALE IN A SPECIFIED MANNER TO THE SECRETARY OF TREASURY OR HIS OR HER DELEGATE AS A REQUIREMENT FOR THE DISCHARGE OR DIVESTMENT OF A FEDERAL TAX LIEN IN A NONJUDICIAL SALE, AND ESTABLISHES WITH RESPECT TO THAT LIEN A RIGHT IN THE UNITED STATES TO REDEEM THE PROPERTY WITHIN A PERIOD OF 120 DAYS FROM THE DATE OF THE SALE.

13.     ATTENTION IS CALLED TO CALIFORNIA GOVERNMENT CODE 16187, AND ANY AMENDMENTS THERETO, THAT, AMONG OTHER THINGS, PROVIDES FOR THE GIVING OF WRITTEN NOTICE OF SALE IN A SPECIFIED MANNER TO THE CONTROLLER OF THE STATE OF CALIFORNIA NECESSARY FOR THE DISCHARGE OR DIVESTMENT IN A NON-JUDICIAL SALE OF A NOTICE OF LIEN FOR POSTPONED PROPERTY TAXES RECORDED IN THE PUBLIC RECORDS SUBSEQUENT TO THE RECORDING OF A NOTICE OF DEFAULT.

14.     ATTENTION IS CALLED TO THE FEDERAL DEBT COLLECTION PROCEDURES ACT (28 USC 3001-3308) AND THE PROVISIONS OF 28 USC 2410 (ACTIONS AFFECTING PROPERTY ON WHICH UNITED STATES HAS A LIEN) WHICH, AMONG OTHER THINGS, MAY PROVIDE FOR WRITTEN NOTICE TO BE GIVEN TO THE UNITED STATES, MAY PROVIDE FOR THE DISCHARGE OF THE PROPERTY FROM THE MORTGAGE OR OTHER LIEN HELD BY THE UNITED STATES, AND MAY PROVIDE THAT THE UNITED STATES SHALL HAVE ONE YEAR FROM THE DATE OF SALE WITHIN WHICH TO REDEEM.

ORDER NO:   200012044

## PUBLICATION ENDORSEMENT

**SERVICELINK TITLE COMPANY**
**1400 CHERRINGTON PARKWAY, MOON TOWNSHIP, PENNSYLVANIA 15108**
**A CORPORATION, HEREIN CALLED THE COMPANY**

REF. NO.:                 CA-20-877703-SH

THE COMPANY HEREBY ASSURES THE ASSURED THAT SUBSEQUENT TO THE DATE OF THE GUARANTEE ISSUED UNDER THE ABOVE NUMBER, NO MATTERS ARE SHOWN BY THE RECORDS REFERRED TO IN THAT GUARANTEE WHICH WOULD AFFECT THE ASSURANCES IN SAID GUARANTEE OTHER THAN THOSE SHOWN IN PREVIOUS ENDORSEMENTS; MATTERS THAT MAY BE DISCLOSED BY ANY FURTHER EXAMINATION OF ANY TAX, BOND OR ASSESSMENT RECORDS; OR THE FOLLOWING:

**NO CHANGE**

THIS PUBLICATION ENDORSEMENT IS MADE A PART OF SAID GUARANTEE AND IS SUBJECT TO THE LIABILITY EXCLUSIONS AND LIMITATIONS CONTAINED THEREIN.    THE TOTAL LIABILITY OF THE COMPANY UNDER SAID GUARANTEE AND UNDER THIS ENDORSEMENT SHALL NOT EXCEED, IN THE AGGREGATE, THE AMOUNT STATED IN SAID GUARANTEE.

DATED AS OF JULY  9, 2020 @ 7:30 A.M., IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA.

**THIS ENDORSEMENT IS ISSUED AS PART OF THE GUARANTEE. EXCEPT AS IT EXPRESSLY STATES, IT DOES NOT (I) MODIFY ANY OF THE TERMS AND PROVISIONS OF THE GUARANTEE, (II) MODIFY ANY PRIOR ENDORSEMENTS, (III) EXTEND THE DATE OF GUARANTEE, OR (IV) INCREASE THE AMOUNT OF INSURANCE. TO THE EXTENT A PROVISION OF THE GUARANTEE OR A PREVIOUS ENDORSEMENT IS INCONSISTENT WITH AN EXPRESS PROVISION OF THIS ENDORSEMENT, THIS ENDORSEMENT CONTROLS. OTHERWISE, THIS ENDORSEMENT IS SUBJECT TO ALL OF THE TERMS AND PROVISIONS OF THE GUARANTEE AND OF ANY PRIOR ENDORSEMENTS.**

SERVICELINK TITLE COMPANY

VANGIE ORTEGA, TITLE OFFICER

ORDER NO: 200012044

# SALE ENDORSEMENT

**SERVICELINK TITLE COMPANY**
**3220 EL CAMINO REAL, IRVINE, CA 92602**
**A CORPORATION, HEREIN CALLED THE COMPANY**

REF. NO.:          CA-20-877703-SH

THE COMPANY HEREBY ASSURES THE ASSURED THAT SUBSEQUENT TO **SEPTEMBER 3, 2020**, THE DATE OF THE GUARANTEE ISSUED UNDER THE ABOVE NUMBER, NO MATTERS ARE SHOWN BY THE RECORDS REFERRED TO IN THAT GUARANTEE WHICH WOULD AFFECT THE ASSURANCES IN SAID GUARANTEE OTHER THAN THOSE SHOWN IN PREVIOUS ENDORSEMENTS; MATTERS THAT MAY BE DISCLOSED BY ANY FURTHER EXAMINATION OF ANY TAX, BOND OR ASSESSMENT RECORDS; OR THE FOLLOWING:

> MATTERS CONTAINED IN THAT CERTAIN DOCUMENT ENTITLED "ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY", DATED OCTOBER 21, 2020, EXECUTED BY UNITED STATES BANKRUPTCY JUDGE, RECORDED OCTOBER 23, 2020, AS INSTRUMENT NO. 20201327937, OF OFFICIAL RECORDS, WHICH DOCUMENT, AMONG OTHER THINGS, CONTAINS OR PROVIDES FOR: "AS DESCRIBED THEREIN"
>
> REFERENCE IS HEREBY MADE TO SAID DOCUMENT FOR FULL PARTICULARS.
>
> MATTERS CONTAINED IN THAT CERTAIN DOCUMENT ENTITLED "ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY", DATED OCTOBER 21, 2020, EXECUTED BY UNITED STATES BANKRUPTCY JUDGE, RECORDED OCTOBER 27, 2020, AS INSTRUMENT NO. 20201338623, OF OFFICIAL RECORDS, WHICH DOCUMENT, AMONG OTHER THINGS, CONTAINS OR PROVIDES FOR: "AS DESCRIBED THEREIN"
>
> REFERENCE IS HEREBY MADE TO SAID DOCUMENT FOR FULL PARTICULARS.

THIS SALE ENDORSEMENT IS MADE A PART OF SAID GUARANTEE AND IS SUBJECT TO THE LIABILITY EXCLUSIONS AND LIMITATIONS CONTAINED THEREIN.  THE TOTAL LIABILITY OF THE COMPANY UNDER SAID GUARANTEE AND UNDER THIS ENDORSEMENT SHALL NOT EXCEED, IN THE AGGREGATE, THE AMOUNT STATED IN SAID GUARANTEE.

ORDER NO: 200012044

DATED AS OF NOVEMBER 3, 2020 @ 7:30 A.M., IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA.

**THIS ENDORSEMENT IS ISSUED AS PART OF THE GUARANTEE. EXCEPT AS IT EXPRESSLY STATES, IT DOES NOT (I) MODIFY ANY OF THE TERMS AND PROVISIONS OF THE GUARANTEE, (II) MODIFY ANY PRIOR ENDORSEMENTS, (III) EXTEND THE DATE OF GUARANTEE, OR (IV) INCREASE THE AMOUNT OF INSURANCE. TO THE EXTENT A PROVISION OF THE GUARANTEE OR A PREVIOUS ENDORSEMENT IS INCONSISTENT WITH AN EXPRESS PROVISION OF THIS ENDORSEMENT, THIS ENDORSEMENT CONTROLS. OTHERWISE, THIS ENDORSEMENT IS SUBJECT TO ALL OF THE TERMS AND PROVISIONS OF THE GUARANTEE AND OF ANY PRIOR ENDORSEMENTS.**

SERVICELINK TITLE COMPANY

VANGIE ORTEGA, TITLE OFFICER

ORDER NO: 200012044

## SALE ENDORSEMENT

**SERVICELINK TITLE COMPANY**
**3220 EL CAMINO REAL, IRVINE, CA 92602**
**A CORPORATION, HEREIN CALLED THE COMPANY**

REF. NO.:          CA-20-877703-SH

THE COMPANY HEREBY ASSURES THE ASSURED THAT SUBSEQUENT TO **JULY 9, 2020**, THE DATE OF THE GUARANTEE ISSUED UNDER THE ABOVE NUMBER, NO MATTERS ARE SHOWN BY THE RECORDS REFERRED TO IN THAT GUARANTEE WHICH WOULD AFFECT THE ASSURANCES IN SAID GUARANTEE OTHER THAN THOSE SHOWN IN PREVIOUS ENDORSEMENTS; MATTERS THAT MAY BE DISCLOSED BY ANY FURTHER EXAMINATION OF ANY TAX, BOND OR ASSESSMENT RECORDS; OR THE FOLLOWING:

> A NOTICE OF TRUSTEE'S SALE UNDER SAID DEED OF TRUST

| | | |
|---|---|---|
| DATE AND TIME OF SALE | : | SEPTEMBER 3, 2020 AT 10:00 A.M. |
| RECORDED | : | JULY 15, 2020 AS INSTRUMENT NO. 20200778088 OF OFFICIAL RECORDS |
| SAID MATTER AFFECTS | : | ITEM 5 OF OUR TRUSTEE'S SALE GUARANTEE |

THIS SALE ENDORSEMENT IS MADE A PART OF SAID GUARANTEE AND IS SUBJECT TO THE LIABILITY EXCLUSIONS AND LIMITATIONS CONTAINED THEREIN.  THE TOTAL LIABILITY OF THE COMPANY UNDER SAID GUARANTEE AND UNDER THIS ENDORSEMENT SHALL NOT EXCEED, IN THE AGGREGATE, THE AMOUNT STATED IN SAID GUARANTEE.

DATED AS OF SEPTEMBER 3, 2020 @ 7:30 A.M., IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA.

**THIS ENDORSEMENT IS ISSUED AS PART OF THE GUARANTEE. EXCEPT AS IT EXPRESSLY STATES, IT DOES NOT (I) MODIFY ANY OF THE TERMS AND PROVISIONS OF THE GUARANTEE, (II) MODIFY ANY PRIOR ENDORSEMENTS, (III) EXTEND THE DATE OF GUARANTEE, OR (IV) INCREASE THE AMOUNT OF INSURANCE. TO THE EXTENT A PROVISION OF THE GUARANTEE OR A PREVIOUS ENDORSEMENT IS INCONSISTENT WITH AN EXPRESS PROVISION OF THIS ENDORSEMENT, THIS ENDORSEMENT CONTROLS. OTHERWISE, THIS ENDORSEMENT IS SUBJECT TO ALL OF THE TERMS AND PROVISIONS OF THE GUARANTEE AND OF ANY PRIOR ENDORSEMENTS.**

SERVICELINK TITLE COMPANY

VANGIE ORTEGA, TITLE OFFICER

**ATTACHMENT 8**

**NAMES AND ADDRESSES OF ALL PERSONS WITH A RECORDED
INTEREST IN THE REAL PROPERTYTO WHOM NOTICE WAS SENT
PURSUANT TO CIVIL CODE SECTION 2924j(a)**

EDNA KUFFOUR
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016

GYAPOMAA KOSEI INCORPORATED
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016

GYAPOMAA KOSEI INCORPORATED
264 LA CEINEGA BLVD, STE 1415
BEVERLY HILLS, CA 90211

GYAPOMAA KOSEI INCORPORATED
2751 SOUTH HAUSER BOULEVARD
LOS ANGELES, CA 90016

INTERNAL REVENUE SERVICE
300 N. LOS ANGELES ST., STOP 5021
LOS ANGELES, CA 90012

STATE OF CALIFORNIA FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

GYAPOMAA KOSEI INCORPORATED
264 S LA CIENEGA BLVD
BEVERLY HILLS, CA 90211

JOSEPHINE HARDWELL
PO BOX 43475
LOS ANGELES, CA 90043

CITY OF LOS ANGELES
DEPARTMENT OF BUILDING AND SAFETY
FINANCIAL SERVICES DIVISION
201 N. FIGUEROA ST., 9TH FLOOR
LOS ANGELES, CA 90012

**ATTACHMENT 11B**

**IDENTITY OF POTENTIAL CLAIMANTS**
**AND NATURE OF CONFLICT EXISTING TO SURPLUS FUNDS**

Quality Loan Service Corp. is the Trustee under a Deed of Trust executed by Edna Kuffour recorded on 4/20/2007. Said Deed of Trust was secured by real property commonly known as 2751 Hauser Boulevard, Los Angeles, CA 90016, which was sold at a non-judicial foreclosure sale on 11/3/2020 as result of a default under the terms of the Deed of Trust. The non-judicial foreclosure sale resulted in the receipt of funds that exceeded the amount of the funds due and owing under the Deed of Trust foreclosed upon. Quality Loan Service Corp. has been unable to reasonably determine how said "surplus funds" should be distributed and therefore seeks to deposit the surplus funds with the Clerk of the Court pursuant to California Civil Code Section 2924j(c).

Pursuant to the non-judicial foreclosure on 11/3/2020, the subject real property was transferred to the highest bidder, a third party, for the sum of $392,000.00. After payment of the foreclosing beneficiary's unpaid debt, any disbursement(s) to claimant(s), and trustee and attorney costs and fees pursuant to Civil Code §2924d and §2924k, there remained surplus funds from the sale in the amount of $173,632.85. On 11/12/2020, a Notice of Surplus Funds from the Trustee Sale was mailed to all persons entitled to notice pursuant to Civil Code §2924b and §2924j(a). A true and correct copy of that Notice of Surplus Funds is attached hereto as **Exhibit "A"** and incorporated herein by this reference.

Pursuant to the Trustee Sale Guarantee and surplus endorsement, the Trustee identified the following junior liens associated with the subject property:

1.     A Judgment in favor of Josephine Hardwell recorded 4/7/2010 as Instrument Number 20100474040;

2.     A Lien in favor of the State of California Franchise Tax Board recorded 3/2/2012 as Instrument Number 20120333732;

3.     A Lien in favor of the Internal Revenue Service recorded 8/26/2014 as Instrument Number 20140893263;

4.      A Lien in favor of the State of City of Los Angeles recorded 9/4/2015 as Instrument Number 20151101035;

5.      A Lien in favor of the State of California Franchise Tax Board recorded 11/25/2015 as Instrument Number 20151480184;

6.      A Lien in favor of the State of California Franchise Tax Board recorded 12/12/2018 as Instrument Number 20181256950.


Gyapomaa Kosei Incorporated, as owner of the subject property just prior to the foreclosure sale on 11/3/2020, is entitled to any remaining surplus funds after the above-mentioned junior liens are satisfied and/or resolved.

The Trustee, Petitioner herein, having received no claim or waiver of claim for the surplus funds from the priority junior lienholder, Josephine Hardwell, mailed a Second Notice of Surplus Funds to all persons entitled to notice on 1/29/2021. A true and correct copy of that Second Notice of Surplus Funds is attached hereto as **Exhibit "B"** and incorporated herein by this reference.

To date, Petitioner has not received a claim or waiver of claim from priority junior lienholder Josephine Hardwell.

As Petitioner did not receive a claim from the priority junior lienholder and has received claims from other junior lienholders, Petitioner is unable to determine how the surplus funds should be distributed. As such, a conflict exists and Petitioner respectfully requests to deposit the remaining surplus funds with the Superior Court. The Trustee further requests to be discharged from this matter with respect to disposition of the surplus funds. Should no claim be filed with the Superior Court, the funds shall escheat according to law.

Exhibit "A"

## AFFIDAVIT OF MAILING

Date:       **11/12/2020**

Mat. No.:    **CA-20-887560-SF**
Mailing:

STATE OF California }
COUNTY OF San Diego }

The declarant, whose signature appears below, states that (s)he is over the age of eighteen (18) years; is employed in San Diego County that his/her business address is at 2763 Camino Del Rio S., 1st FL San Diego CA 92108,  It  is further declared that (s)he is readily familiar with business practices relative to the mailing of documents and that on  **11/12/2020**, a copy of the legal documents, of which the attached is a true and correct copy, was mailed in the ordinary course of business. The copy of the legal documents was placed in a sealed envelope and addressed to the person(s)/entity(ies) set forth below. Said mailing was sent by certified or registered mail and first class, with postage prepaid and then delivered to the United States Postal Service for delivery.

 I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/12/2020

Affiant Hue Banh

GYAPOMAA KOSEI INCORPORATED
264 S LA CIENEGA BLVD
BEVERLY HILLS, CA 90211
First Class

INTERNAL REVENUE SERVICE
300 N. LOS ANGELES ST., STOP 5021
LOS ANGELES, CA 90012
First Class

JOSEPHINE HARDWELL
PO BOX 43475
LOS ANGELES, CA 90043
First Class

GYAPOMAA KOSEI INCORPORATED
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016
First Class

CITY OF LOS ANGELES DEPARTMENT OF BUILDING AND SAFETY FINANCIAL SERVICES
DIVISION
201 N. FIGUEROA ST., 9TH FLOOR
LOS ANGELES, CA 90012
First Class

GYAPOMAA KOSEI INCORPORATED
264 LA CEINEGA BLVD, STE 1415
BEVERLY HILLS, CA 90211
First Class

STATE OF CALIFORNIA FRANCHISE TAX BOARD  SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952
First Class

EDNA KUFFOUR
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016
First Class

GYAPOMAA KOSEI INCORPORATED
2751 SOUTH HAUSER BOULEVARD
LOS ANGELES, CA 90016
First Class

## McCarthy ◆ Holthus

*A Limited Liability Partnership*
*A Multijurisdictional Law Firm*
**411 Ivy Street**
**San Diego, California 92101**
**Telephone (877) 369-6122**
**Facsimile (619) 717-8875**
**www.McCarthyHolthus.com**
Email to all personnel:
First initial and last name@mccarthyholthus.com

November 12, 2020

**RE:    NOTICE OF SURPLUS FUNDS FROM TRUSTEE'S SALE**
Trustor:              EDNA KUFFOUR
Trustee Sale No.:     CA-20-877703-SH
Property Address:     2751 HAUSER BOULEVARD
                      LOS ANGELES, CA 90016
File No.:             CA-20-887560-SF

Dear Sir or Madam:

We represent Quality Loan Service Corporation, the Trustee who conducted a Trustee's Sale of the above-referenced property on 11/3/2020. After payment in full to the foreclosing beneficiary and payment of the costs of sale, funds still remain. Public records disclose that you may be a former owner of the property or may have held a lien against the property, therefore, possibly entitled to a portion of these surplus funds.

Before any funds can be disbursed, we must receive a written claim form executed under penalty of perjury. A form is attached hereto for your convenience. In the event your claim is not received within 30 days from the date of this letter, your interest in these funds may be waived. Please send your claim form and documentation to:

**McCarthy & Holthus, LLP**
**Attn: Surplus Funds Dept.**
**411 Ivy Street**
**San Diego, CA 92101**
**Fax no. (619) 717-8875**

If you are a junior lien holder submitting a claim based on a Deed of Trust, you must enclose a copy of your note with your claim form. Our analysis reveals that the following encumbrances listed below are recorded against the property prior to the Trustee's Sale. If you are disputing any of the liens listed below or are claiming said liens have been paid, please provide a written explanation and provide copies of any and all documentation to support your assertion:

Page **1** of **6**
CA-20-887560-SF

| Priority | Recipient Name | Recipient Type | Recording Date | Instrument No. |
|----------|----------------|----------------|----------------|----------------|
| 1. | Josephine Hardwell | Judgment | 04/07/2010 | 20100474040 |
| 2. | State of CA Franchise Tax Board | Lien | 03/02/2012 | 20120333732 |
| 3. | Internal Revenue Service | Lien | 08/26/2014 | 20140893263 |
| 4. | City of Los Angeles | Lien | 09/04/2015 | 20151101035 |
| 5. | State of CA Franchise Tax Board | Lien | 11/25/2015 | 20151480184 |
| 6. | State of CA Franchise Tax Board | Lien | 12/12/2018 | 20181256950 |
| 7. | Gyapomaa Kosei Incorporated | Prior Owner | | |

While you may determine that you are not entitled to receive any of the surplus funds we hold as your debt may have already been satisfied, we would kindly request that you confirm this fact to us in writing. This will allow us to expedite the disbursement process, as without your confirmation that your debt has been satisfied, we will continue to confirm your entitlement to the available funds.

Should you have any questions or comments, please contact McCarthy & Holthus, LLP, specifically Kristina Klam in the Surplus Funds Dept., at (619) 685-4800, ext. 3929 or Kklam@mccarthyholthus.com.

Cordially,
**McCarthy & Holthus, LLP**

/s/ Matthew Podmenik

Matthew E. Podmenik, Esq.
Attorney for Quality Loan Service Corp.

## STATEMENT OF CLAIM TO SURPLUS FUNDS
## -PRIOR OWNER INTEREST HOLDER-

**Claimant(s):**        GYAPOMAA KOSEI INCORPORATED
**Trustee Sale No:**    CA-20-877703-SH
**Property Address:**   2751 HAUSER BOULEVARD, LOS ANGELES, CA 90016
**M and H File No:**    CA-20-887560-SF

I/We, GYAPOMAA KOSEI INCORPORATED, hereby declare:

1) That immediately prior to the foreclosure sale conducted on 11/3/2020, I/we was/were the sole legal and equitable owner(s) of the above-described property;

2) That there were no liens or encumbrances against my/our interest in the above-described property other than liens described in the Notice of Surplus Funds date; and

3) That I/we did not convey, transfer or otherwise relinquish my/our interest in the above-described property or in any proceeds arising from the sale of that property.

4) I/we acknowledge that the specific purpose of this Statement of Claim is to induce the Trustee to release the surplus funds to me/us. The surplus check is to be made payable in the name(s) below and mailed to the following address:
   Name(s) _____
   Mailing Address_____
   _____
   Contact Ph No. _____
   Fax No._____
   Email _____

5) I/we acknowledge that in the event any information I/we have provided to the Trustee is incorrect or untrue, I/we will become obligated to a judgment creditor, holder of a family support lien, a deed of trust beneficiary, or tax claimant, and to the Trustee and their agents for any funds I/we received or obligations that Trustee of a lien claimant incurs collecting these surplus funds from me/us in the future, including any legal fees the Trustee incurs in requiring me/us to repay the surplus funds to a third party, regardless of whether a lawsuit is filed to obtain the funds.

Last 4-digits Social Security Number: xxx-xx-_____  GYAPOMAA KOSEI INCORPORATED

This claim is made and this form is executed under penalty of perjury under the laws of the State of CA.

Date: _____          GYAPOMAA KOSEI INCORPORATED

_____
By:

## STATEMENT OF CLAIM TO SURPLUS FUNDS
## -JUNIOR LIEN INTEREST HOLDER-

**Claimant:** _____

**Trustee Sale No:** CA-20-877703-SH

**Property Address:** 2751 HAUSER BOULEVARD, LOS ANGELES, CA 90016

**M and H File No:** CA-20-887560-SF

1) This claim is made upon a _____, held by Claimant, recorded in the real property records of LOS ANGELES County, CA, on _____(date), Instrument No. _____.

2) _____ (Claimant) hereby makes a claim to any surplus funds resulting from that sale to which it is entitled, up to and including the amount of _____. **A true copy of all documents pertaining to this claim (Copy of the Note, Copy of Deed of Trust, Abstract of Judgment, or Claim of Lien) are attached hereto.**

3) If the recorded Assignments attached to our claim do not show Claimant as assignee, a copy of a recorded Power of Attorney or the Servicing Contract is attached. Failure to attach this documentation will delay payment of our claim significantly.

4) I/We acknowledge that in the event any information I/we have provided to the Trustee is incorrect or untrue, I/we will become obligated to a judgment creditor, holder of a family support lien, a deed of trust beneficiary, or tax claimant, and to the Trustee and their agents for any funds I/we received or obligations that Trustee of a lien claimant incurs collecting these surplus funds from me/us in the future, including any legal fees the Trustee incurs in requiring me/us to repay the surplus funds to a third party, regardless of whether a lawsuit is filed to obtain the funds.

**The amount is itemized as follows:**

**Principal:** _____

**Interest (only up to date of foreclosure sale):** _____
        **11/3/2020**

**Total Claim:** _____

This claim is made and this form is executed under penalty of perjury under the laws of the State of CA.

Date: _____          CLAIMANT


                                     _____
                                     By:
                                     Its:


Mailing Address: _____

                 _____

Contact Telephone No.: _____

Fax No.: _____

Email: _____

Contact Name: _____

# MAILING LIST

EDNA KUFFOUR
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016

GYAPOMAA KOSEI INCORPORATED
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016

GYAPOMAA KOSEI INCORPORATED
264 LA CEINEGA BLVD, STE 1415
BEVERLY HILLS, CA 90211

GYAPOMAA KOSEI INCORPORATED
2751 SOUTH HAUSER BOULEVARD
LOS ANGELES, CA 90016

INTERNAL REVENUE SERVICE
300 N. LOS ANGELES ST., STOP 5021
LOS ANGELES, CA 90012

STATE OF CALIFORNIA FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

GYAPOMAA KOSEI INCORPORATED
264 S LA CIENEGA BLVD
BEVERLY HILLS, CA 90211

JOSEPHINE HARDWELL
PO BOX 43475
LOS ANGELES, CA 90043

CITY OF LOS ANGELES
DEPARTMENT OF BUILDING AND SAFETY
FINANCIAL SERVICES DIVISION
201 N. FIGUEROA ST., 9TH FLOOR
LOS ANGELES, CA 90012

Form **W-9**

(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

### Request for Taxpayer
### Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

Requester's name and address (optional)

**6** City, state, and ZIP code

**7** List account number(s) here (optional)

*Print or type.*
*See **Specific Instructions** on page 3.*

---

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

☐☐ – ☐☐☐☐☐☐☐

---

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ _____   Date ▶ _____

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

this page intentionally left blank

Exhibit "B"

## AFFIDAVIT OF MAILING

Date: **1/29/2021**

Mat. No.: **CA-20-887560-SF**
Mailing:

STATE OF California  }
COUNTY OF San Diego }

The declarant, whose signature appears below, states that (s)he is over the age of eighteen (18) years; is employed in San Diego County that his/her business address is at 2763 Camino Del Rio S., 1st FL San Diego CA 92108,  It  is further declared that (s)he is readily familiar with business practices relative to the mailing of documents and that on **1/29/2021**, a copy of the legal documents, of which the attached is a true and correct copy, was mailed in the ordinary course of business. The copy of the legal documents was placed in a sealed envelope and addressed to the person(s)/entity(ies) set forth below. Said mailing was sent by certified or registered mail and first class, with postage prepaid and then delivered to the United States Postal Service for delivery.

 I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/29/2021

Affiant Hue Banh

EDNA KUFFOUR
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016
First Class

EDNA KUFFOUR
2751 HAUSER BLVD
LOS ANGELES, CA 90016
First Class

EDNA KUFFOUR
PO BOX 1956
FALLBROOK, CA 92088
First Class

GYAPOMAA KOSEI INCORPORATED
264 S LA CIENEGA BLVD
BEVERLY HILLS, CA 90211
First Class

JOSEPHINE HARDWELL
PO BOX 43475
LOS ANGELES, CA 90043
First Class

INTERNAL REVENUE SERVICE

300 N. LOS ANGELES ST., STOP 5021
LOS ANGELES, CA 90012
First Class

GYAPOMAA KOSEI INCORPORATED
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016
First Class

CITY OF LOS ANGELES DEPARTMENT OF BUILDING AND SAFETY FINANCIAL SERVICES
DIVISION
201 N. FIGUEROA ST., 9TH FLOOR
LOS ANGELES, CA 90012
First Class

GYAPOMAA KOSEI INCORPORATED
264 LA CEINEGA BLVD, STE 1415
BEVERLY HILLS, CA 90211
First Class

STATE OF CALIFORNIA FRANCHISE TAX BOARD  SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952
First Class

EDNA KUFFOUR
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016
First Class

GYAPOMAA KOSEI INCORPORATED
2751 SOUTH HAUSER BOULEVARD
LOS ANGELES, CA 90016
First Class

## McCarthy ◆ Holthus

*A Limited Liability Partnership*
*A Multijurisdictional Law Firm*
**411 Ivy Street**
**San Diego, California 92101**
Telephone (877) 369-6122
Facsimile (619) 717-8875
**www.McCarthyHolthus.com**
Email to all personnel:
First initial and last name@mccarthyholthus.com

January 29, 2021

**RE:    SECOND NOTICE OF SURPLUS FUNDS FROM TRUSTEE'S SALE**
Trustor:            EDNA KUFFOUR
Trustee Sale No.:   CA-20-877703-SH
Property Address:   2751 HAUSER BOULEVARD
                    LOS ANGELES, CA 90016
File No.:           CA-20-887560-SF

Dear Sir or Madam:

We represent Quality Loan Service Corporation, the Trustee who conducted a Trustee's Sale of the above-referenced property on 11/3/2020. After payment in full to the foreclosing beneficiary and payment of the costs of sale, funds still remain. Public records disclose that you may be a former owner of the property or may have held a lien against the property, therefore, possibly entitled to a portion of these surplus funds.

Before any funds can be disbursed, we must receive a written claim form executed under penalty of perjury. A form is attached hereto for your convenience. Please send your claim form and documentation to:

**McCarthy & Holthus, LLP**
**Attn: Surplus Funds Dept.**
**411 Ivy Street**
**San Diego, CA 92101**
**Fax no. (619) 717-8875**

If you are a junior lien holder submitting a claim based on a Deed of Trust, you must enclose a copy of your note with your claim form. Our analysis reveals that the following encumbrances listed below are recorded against the property prior to the Trustee's Sale. If you are disputing any of the liens listed below or are claiming said liens have been paid, please provide a written explanation and provide copies of any and all documentation to support your assertion:

| Priority | Recipient Name | Recipient Type | Recording Date | Instrument No. |
|----------|----------------|----------------|----------------|----------------|
| 1. | Josephine Hardwell<br>*Awaiting Claim* | Judgment | 04/07/2010 | 20100474040 |
| 2. | State of CA Franchise Tax Board<br>*Received Claim* | Lien | 03/02/2012 | 20120333732 |
| 3. | Internal Revenue Service<br>*Received Claim* | Lien | 08/26/2014 | 20140893263 |
| 4. | City of Los Angeles<br>*Awaiting Claim* | Lien | 09/04/2015 | 20151101035 |
| 5. | State of CA Franchise Tax Board<br>*Received Claim* | Lien | 11/25/2015 | 20151480184 |
| 6. | State of CA Franchise Tax Board<br>*Received Claim* | Lien | 12/12/2018 | 20181256950 |
| 7. | Gyapomaa Kosei Incorporated<br>*Awaiting Claim* | Prior Owner | | |

While you may determine that you are not entitled to receive any of the surplus funds we hold as your debt may have already been satisfied, we would kindly request that you confirm this fact to us in writing. This will allow us to expedite the disbursement process, as without your confirmation that your debt has been satisfied, we will continue to confirm your entitlement to the available funds.

Should you have any questions or comments, please contact McCarthy & Holthus, LLP, specifically Kristina Klam in the Surplus Funds Dept., at (619) 685-4800, ext. 3929 or Kklam@mccarthyholthus.com.

Cordially,
**McCarthy & Holthus, LLP**

Kristina Klam
Supervisor – Surplus Funds Dept.

## STATEMENT OF CLAIM TO SURPLUS FUNDS
## -PRIOR OWNER INTEREST HOLDER-

**Claimant(s):**          GYAPOMAA KOSEI INCORPORATED
**Trustee Sale No:**      CA-20-877703-SH
**Property Address:**     2751 HAUSER BOULEVARD, LOS ANGELES, CA 90016
**M and H File No:**      CA-20-887560-SF

I/We, GYAPOMAA KOSEI INCORPORATED, hereby declare:

1) That immediately prior to the foreclosure sale conducted on 11/3/2020, I/we was/were the sole legal and equitable owner(s) of the above-described property;

2) That there were no liens or encumbrances against my/our interest in the above-described property other than liens described in the Notice of Surplus Funds date; and

3) That I/we did not convey, transfer or otherwise relinquish my/our interest in the above-described property or in any proceeds arising from the sale of that property.

4) I/we acknowledge that the specific purpose of this Statement of Claim is to induce the Trustee to release the surplus funds to me/us. The surplus check is to be made payable in the name(s) below and mailed to the following address:
   Name(s) _____
   Mailing Address_____

   _____
   Contact Ph No. _____
   Fax No._____
   Email _____

5) I/we acknowledge that in the event any information I/we have provided to the Trustee is incorrect or untrue, I/we will become obligated to a judgment creditor, holder of a family support lien, a deed of trust beneficiary, or tax claimant, and to the Trustee and their agents for any funds I/we received or obligations that Trustee of a lien claimant incurs collecting these surplus funds from me/us in the future, including any legal fees the Trustee incurs in requiring me/us to repay the surplus funds to a third party, regardless of whether a lawsuit is filed to obtain the funds.

Last 4-digits Social Security Number: xxx-xx-_____   GYAPOMAA KOSEI INCORPORATED

This claim is made and this form is executed under penalty of perjury under the laws of the State of CA.

Date: _____          GYAPOMAA KOSEI INCORPORATED


                                   _____
                                   By:

## STATEMENT OF CLAIM TO SURPLUS FUNDS
## -JUNIOR LIEN INTEREST HOLDER-

**Claimant:**                    _____

**Trustee Sale No:**        CA-20-877703-SH

**Property Address:**     2751 HAUSER BOULEVARD, LOS ANGELES, CA 90016

**M and H File No:**       CA-20-887560-SF

1)  This claim is made upon a _____, held by Claimant, recorded in the real property records of LOS ANGELES County, CA, on _____(date), Instrument No. _____.

2)  _____ (Claimant) hereby makes a claim to any surplus funds resulting from that sale to which it is entitled, up to and including the amount of _____. **A true copy of all documents pertaining to this claim (Copy of the Note, Copy of Deed of Trust, Abstract of Judgment, or Claim of Lien) are attached hereto.**

3)  If the recorded Assignments attached to our claim do not show Claimant as assignee, a copy of a recorded Power of Attorney or the Servicing Contract is attached. Failure to attach this documentation will delay payment of our claim significantly.

4)  I/We acknowledge that in the event any information I/we have provided to the Trustee is incorrect or untrue, I/we will become obligated to a judgment creditor, holder of a family support lien, a deed of trust beneficiary, or tax claimant, and to the Trustee and their agents for any funds I/we received or obligations that Trustee of a lien claimant incurs collecting these surplus funds from me/us in the future, including any legal fees the Trustee incurs in requiring me/us to repay the surplus funds to a third party, regardless of whether a lawsuit is filed to obtain the funds.

**The amount is itemized as follows:**

      **Principal:**                                                    _____

      **Interest (only up to date of foreclosure sale):**       _____
                            **11/3/2020**
      **Total Claim:**                                                _____

This claim is made and this form is executed under penalty of perjury under the laws of the State of CA.

Date: _____                    CLAIMANT


                                           _____
                                           By: ___
                                           Its: ___


Mailing Address: _____

                 _____

Contact Telephone No.: _____

Fax No.: _____

Email: _____

Contact Name: _____

# MAILING LIST

EDNA KUFFOUR
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016

GYAPOMAA KOSEI INCORPORATED
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016

GYAPOMAA KOSEI INCORPORATED
264 LA CEINEGA BLVD, STE 1415
BEVERLY HILLS, CA 90211

GYAPOMAA KOSEI INCORPORATED
2751 SOUTH HAUSER BOULEVARD
LOS ANGELES, CA 90016

INTERNAL REVENUE SERVICE
ATTN.: K. TAVARRES 2797-6612
300 N. LOS ANGELES ST., STOP 5021
LOS ANGELES, CA 90012

STATE OF CALIFORNIA FRANCHISE TAX BOARD
COLLECTION ADVISORY TEAM, MS A-240
ATTN.: BOB SCHMITT
PO BOX 2952
SACRAMENTO, CA 95812-2952

GYAPOMAA KOSEI INCORPORATED
264 S LA CIENEGA BLVD
BEVERLY HILLS, CA 90211

JOSEPHINE HARDWELL
PO BOX 43475
LOS ANGELES, CA 90043

CITY OF LOS ANGELES
DEPARTMENT OF BUILDING AND SAFETY
FINANCIAL SERVICES DIVISION
201 N. FIGUEROA ST., 9TH FLOOR
LOS ANGELES, CA 90012

Form **W-9**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

*Print or type.*
*See Specific Instructions on page 3.*

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

Requester's name and address (optional)

**6** City, state, and ZIP code

**7** List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

[ ] [ ] [ ] – [ ] [ ] – [ ] [ ] [ ] [ ]

**or**

**Employer identification number**

[ ] [ ] – [ ] [ ] [ ] [ ] [ ] [ ] [ ]

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶

Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

this page intentionally left blank

**ATTACHMENT 13**

**PROOF OF SERVICE OF NOTICE**
**TO ALL PERSONS ENTITLED TO NOTICE**
**UNDER SECTION 2924j(d)**

1   Melissa Robbins Coutts, Esq. SBN 246723
2   Matthew E. Podmenik, Esq. SBN 219364
    McCarthy & Holthus, LLP
3   2763 Camino Del Rio S, Suite 100
    San Diego, CA  92108
4   Phone (619) 243-3929
    Fax (619) 717-8875
5
    Attorney for Petitioner,
6   Quality Loan Service Corp.
7
8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                       COUNTY OF LOS ANGELES
10
11   QUALITY LOAN SERVICE CORP.,           ) Case No.
                                           )
12                                         ) **NOTICE OF PETITION OF TRUSTEE,**
                                           ) **QUALITY LOAN SERVICE CORP., TO**
13                           Petitioner,)  **DEPOSIT SURPLUS FUNDS PURSUANT**
                                           ) **TO CIVIL CODE §2924j(c) & (d)**
14                                         )
15   _____)
                                           )
16   ALL CLAIMANTS TO SURPLUS FUNDS        )
17   AFTER TRUSTEE'S SALE OF REAL          )
     PROPERTY LOCATED AT:                  )
18   2751 HAUSER BOULEVARD                 )
     LOS ANGELES, CA 90016                 )
19                                         )
20                           Respondents.  )
                                           )
21   _____)
22
23          TO ALL INTERESTED PERSONS, please take notice that Quality Loan Service Corp.,
24   as Petitioner herein, is making an application to the Superior Court of California, County of Los
25   Angeles, located at 111 North Hill Street, Los Angeles, CA 90012 for an Order to the Clerk of
26   the Court to deposit surplus funds with the County Treasurer pursuant to California Civil Code
27   Section 2924j(c).
28   ////
29   ////

Notice of Petition to Deposit Surplus Funds

CA-20-887560-SF

1
2
3
4
5
6
7
8
9

Quality Loan Service Corp. is the Trustee under a Deed of Trust executed by Edna Kuffour recorded on 4/20/2007. Said Deed of Trust was secured by real property commonly known as 2751 Hauser Boulevard, Los Angeles, CA 90016, which was sold at a non-judicial foreclosure sale on 11/3/2020 as result of a default under the terms of the Deed of Trust. Said non-judicial foreclosure sale resulted in the receipt of funds that exceeded the amount of the funds due and owing under the Deed of Trust foreclosed upon. Petitioner has been unable to reasonably determine how said "surplus funds" should be distributed and therefore seeks to deposit said surplus funds with the Clerk of the Court pursuant to California Civil Code Section 2924j(c).

10
11
12
13
14
15
16

**Pursuant to Civil Code § 2924j(d) if you claim an interest to the funds to be deposited you must file a claim with the court within thirty (30) days from the date of this notice at 111 North Hill Street, Los Angeles, CA 90012. The telephone number of the court Clerk's office is (213) 830-0800. You will be notified by the Clerk of the above-mentioned Court as to any future hearing dates.  The Court shall distribute the deposited funds to any and all claimants entitled thereto.**

17
18

Respectfully Submitted:
**McCarthy & Holthus, LLP**

19
20
21
22

Dated: March 23, 2021

By: _____
Matthew E. Podmenik, Esq.
Attorney for Petitioner,
Quality Loan Service Corp.

23
24
25
26
27
28
29

CA-20-887560-SF

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2763 Camino Del Rio S, Suite 100, San Diego, CA  92108.

On the below-referenced date, I served the foregoing documents described as: **NOTICE OF PETITION** to interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

XX     By Mail
I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**XX     State**
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Federal
I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Dated: March 26 2021 at San Diego, California.

Kristina Klam

CA-20-887560-SF

## SERVICE LIST

ESTATE OF EDNA KUFFOUR
C/O RICHARD SHARPE, ESQ.
COMSTOCK & SHARPE. INC.
11100 WASHINGTON BLVD.
CULVER CITY, CA 90232-3988

EDNA KUFFOUR
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016

GYAPOMAA KOSEI INCORPORATED
2751 HAUSER BOULEVARD
LOS ANGELES, CA 90016

GYAPOMAA KOSEI INCORPORATED
264 LA CEINEGA BLVD, STE 1415
BEVERLY HILLS, CA 90211

GYAPOMAA KOSEI INCORPORATED
2751 SOUTH HAUSER BOULEVARD
LOS ANGELES, CA 90016

INTERNAL REVENUE SERVICE
ATTN.: K. TAVARRES 2797-6612
300 N. LOS ANGELES ST., STOP 5021
LOS ANGELES, CA 90012

STATE OF CALIFORNIA FRANCHISE TAX BOARD
COLLECTION ADVISORY TEAM, MS A-240
ATTN.: BOB SCHMITT
PO BOX 2952
SACRAMENTO, CA 95812-2952

GYAPOMAA KOSEI INCORPORATED
264 S LA CIENEGA BLVD
BEVERLY HILLS, CA 90211

JOSEPHINE HARDWELL
PO BOX 43475
LOS ANGELES, CA 90043

CITY OF LOS ANGELES
DEPARTMENT OF BUILDING AND SAFETY
FINANCIAL SERVICES DIVISION
201 N. FIGUEROA ST., 9TH FLOOR
LOS ANGELES, CA 90012