JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Quality Loan Service, | Case No. 2:21−cv−05842−DSF−MAA |
| Plaintiff, | Order Dismissing Case as Moot |
| v. | |
| United States of America, et al., | |
| Defendants. | |

1 | Based on the Status Report filed by the United States and all other
2 | matters properly made part of the record:
3 | **IT IS ORDERED** that this case is dismissed as moot pursuant to Fed.
4 | R. Civ. P. 41(a)(2).
5 | IT IS SO ORDERED.
6 | DATED: February 14, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2